NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIGIO CERVANTES, | ) | No. C 10-02810 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner currently incarcerated at the Coalinga State Hospital in Coalinga, California, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction in Lassen County Superior Court. Petitioner has paid the filing fee.

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence). Accordingly, this case is

1  TRANSFERRED to the United States District Court for the Eastern District of California.
2  See 28 U.S.C. §§ 84(b), 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).
3      The Clerk shall transfer the entire file to the Eastern District of California.
4      IT IS SO ORDERED.
5  DATED: 10/25/10
                                             JEREMY FOGEL
6                                            United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Cervantes02810_transfer.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELIGIO CERVANTES,

        Petitioner,

v.

STATE OF CALIFORNIA,

        Respondent.
                                      /

Case Number: CV10-02810 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  11/2/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eligio Cervantes C0-001189-0
Coalinga State Hospital
P.O. Box 5003
unit-5
Coalinga, CA 93210

Dated:  11/2/10

                                                          Richard W. Wieking, Clerk